UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2008 APR 10 PM 4:19

| | |
|---|---|
| LORENZO HILL, | )
| | )
| Plaintiff, | )
| v. | ) Case No. CV608-017
| | )
| STEPHEN UPTON, *Warden*, | )
| | )
| Defendant. | )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _10_ day of _April_, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA